# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SARIS, PATTI B. | U.S.D.C. MASSACHUSETTS | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

J. J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 8110
BOSTON, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #3 |
| 2. CO-TRUSTEE | TRUST #4 |
| 3. CO-TRUSTEE | TRUST #5 |
| 4. Director | Bottom Line Inc., Boston, MA |
| 5. Member Board of Directors | Federal Judges Association (FJA) |
| 6. Member Board of Directors (term ended 6/2012) | 21st Century Fund, Brookline High School, Brookline, MA |
| 7. Director | Codman Academy Foundation Inc, Dorchester, MA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2012 | HARVARD BUSINESS SCHOOL PUBLISHING, MA - Royalties |
| 3. 2012 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. 2012 | HARVARD BUSINESS SCHOOL INTERACTIVE, INC, MA - seminar compensation |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FJA | 5/8 - 5/10/2012 | Washington, DC | Congressional recption & meeting | Transportation, meals & lodging |
| 2. | Yale University | 11/5/2012 | New Haven, CT | Yale Law School educational seminar speaker | Transportation, meals & lodging |
| 3. | NYU | 4/17/2012 | New York, NY | NYU School of Law educational seminar | Transportation, meals & lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass. St Port Authority, Muni Bonds | C | Interest | | | Matured | 07/01/12 | L | | |
| 2. Mass. St G/O Cons Ln Series, Muni Bonds | D | Interest | M | T | | | | | |
| 3. Mass. Bay Trans Authority, Municipal Bonds | B | Interest | | | Matured | 03/01/12 | K | | |
| 4. Venture Investors Fund, LP | | None | J | W | | | | | |
| 5. Bank of America (formerly Fleet Natl Bank), Bank Accounts | | None | K | T | | | | | |
| 6. Realty Assoc Fund IV, LLC | | None | M | W | | | | | |
| 7. Tucker Anthony Private Equity Fund I, LP | D | Distribution | K | W | | | | | |
| 8. TA Conference LLC | | None | M | W | | | | | |
| 9. Realty Associates Fund V, LLC | | None | O | W | Redeemed (part) | 01/13/12 | L | | See Part VIII |
| 10. | | | | | Redeemed (part) | 05/08/12 | P1 | | See Part VIII |
| 11. Tucker Anthony Private Equity Fund II | E | Distribution | M | W | Redeemed (part) | 10/25/12 | J | | See Part VIII |
| 12. Mass. In'l Fin Agy Municipal Bonds | C | Interest | L | T | | | | | |
| 13. Tucker Anthony Private Equity Fund III | E | Distribution | M | U | Redeemed (part) | 05/11/12 | J | | See Part VIII |
| 14. Tucker Anthony Private Equity Technology LP | C | Distribution | L | W | | | | | |
| 15. Trust # 5 | G | Dividend | P2 | T | | | | | |
| 16. - Baupost Value Partners LP I | | | | | | | | | |
| 17. - Kensico Offshore Fd Ltd LP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Global Fixed Inc Brandywine Inv Tr Mututal Fd | | | | | Redeemed (part) | 05/31/12 | M | E | |
| 19. | | | | | Redeemed | 07/02/12 | N | E | |
| 20. - Van Eck Intl Invest Gold-A Mutual Fd | | | | | Sold (part) | 03/27/12 | K | | |
| 21. | | | | | Buy (add'l) | 12/21/12 | K | | |
| 22. - Dodge & Cox Income Fd mutual Fd | | | | | | | | | |
| 23. - Federated US Treas Cash money market (cash equiv) | | | | | Buy (add'l) | 01/03/12 | J | | |
| 24. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 25. | | | | | Buy (add'l) | 03/27/12 | J | | |
| 26. | | | | | Buy (add'l) | 03/28/12 | L | | |
| 27. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 28. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 29. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 30. | | | | | Buy (add'l) | 07/03/12 | N | | |
| 31. | | | | | Buy (add'l) | 07/10/12 | K | | |
| 32. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 33. | | | | | Buy (add'l) | 09/05/12 | J | | |
| 34. | | | | | Buy (add'l) | 09/25/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 36. | | | | | Buy (add'l) | 09/27/12 | J | | |
| 37. | | | | | Buy (add'l) | 11/13/12 | K | | |
| 38. | | | | | Buy (add'l) | 12/21/12 | K | | |
| 39. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 40. | | | | | Sold (part) | 02/01/12 | J | | |
| 41. | | | | | Sold (part) | 02/10/12 | K | | |
| 42. | | | | | Sold (part) | 03/01/12 | J | | |
| 43. | | | | | Sold (part) | 03/29/12 | M | | |
| 44. | | | | | Sold (part) | 04/02/12 | J | | |
| 45. | | | | | Sold (part) | 05/09/12 | K | | |
| 46. | | | | | Sold (part) | 06/01/12 | J | | |
| 47. | | | | | Sold (part) | 07/02/12 | J | | |
| 48. | | | | | Sold (part) | 07/12/12 | J | | |
| 49. | | | | | Sold (part) | 07/13/12 | J | | |
| 50. | | | | | Sold (part) | 08/01/12 | J | | |
| 51. | | | | | Sold (part) | 08/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/04/12 | J | | |
| 53. | | | | | Sold (part) | 09/12/12 | J | | |
| 54. | | | | | Sold (part) | 10/01/12 | J | | |
| 55. | | | | | Sold (part) | 10/10/12 | J | | |
| 56. | | | | | Sold (part) | 11/01/12 | J | | |
| 57. | | | | | Sold (part) | 11/05/12 | M | | |
| 58. | | | | | Sold (part) | 12/03/12 | J | | |
| 59. - Vanguard S/T Invest Gr Inv (Mutual fd) | | | | | Sold | 02/01/12 | J | A | |
| 60. - PIMCO Emerging Mkts Curr Instl (mtl fd)- name chgd 8/16/11 | | | | | Open | 12/05/12 | O | | See Part VIII |
| 61. - Vanguard Dividend Appre, mutual fd (x) | | | | | Open | 12/05/12 | P1 | | See Part VIII |
| 62. - Vanguard Developed Mkts Index, mutual fd (y) | | | | | | | | | |
| 63. - Vanguard Emerging Markets, mutual fd (y) | | | | | | | | | |
| 64. Trust # 9 | D | Int./Div. | O | T | | | | | |
| 65. - Ishares MSCI Brazil Index Fd (mutual fd) | | | | | | | | | |
| 66. - SPDR Gold Trust (mutual fd) | | | | | | | | | |
| 67. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 06/18/12 | J | | |
| 68. | | | | | Buy (add'l) | 06/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 70. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 71. - Vanguard Dividend Appre, mutual fd | | | | | | | | | |
| 72. - Vanguard Emerging Markets, mutual fd | | | | | | | | | |
| 73. Trust # 10 | | None | N | W | | | | | |
| 74. - Travelers Life & Annuity Ins Co, universal life insurance | | | | | | | | | |
| 75. Trust # 11 | A | Dividend | P1 | W | | | | | |
| 76. - Manulife Fin'l Corp (formerly JHancock Finl Svcs), common | | | | | | | | | |
| 77. - Sun LIfe Assurance, universal life insurance | | | | | | | | | |
| 78. - Manufacturers Life Ins, universal life (John Hancock) | | | | | | | | | |
| 79. - Federated USTreas Cash Rsv cash eq mututal fd | | | | | | | | | |
| 80. MA Water Pollution Municipal Bonds | B | Interest | K | T | Sold (part) | 02/01/12 | J | | |
| 81. Tucker Anthony Private Equity Fund IV | F | Distribution | M | U | | | | | |
| 82. IRA Rollover | | | O | W | | | | | |
| 83. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | O | T | | | | | |
| 84. - Zoom Information Inc Cl B closely held | | None | J | W | | | | | |
| 85. Battery Ventures VI L.P. | E | Distribution | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Friends of Lime Rock II L.P. | | None | J | U | | | | | |
| 87. Park St Capl Natural Res Fd L.P. | G | Distribution | N | U | | | | | |
| 88. Patron Capital L.P. I | | None | L | U | | | | | |
| 89. US Fidenza LLC | | None | K | U | | | | | |
| 90. US Wertheim LLC | | None | | | Redeemed | 12/31/12 | M | | See Part VIII |
| 91. MFB Northern Trust Co Funds Muni MM cash equiv. | A | Dividend | O | T | | | | | See Part VIII |
| 92. Northn AZ Univ Revs Municipal Bond | D | Interest | N | T | | | | | |
| 93. Phoenix AZ Civic Impt Municipal Bond | D | Interest | | | Matured | 07/02/12 | N | | See Part VIII |
| 94. Trust # 14 | | None | | | | | | | See Part VIII |
| 95. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold | 01/06/12 | J | | |
| 96. - Int in MECM Investments LLC (closely held) (x) | | | | | Distributed | 01/09/12 | P1 | | |
| 97. Trust # 15 | | None | | | | | | | See Part VIII |
| 98. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold | 01/06/12 | J | | |
| 99. - Int in MECM Investments LLC (closely held) (x) | | | | | Distributed | 01/09/12 | P1 | | |
| 100. Trust # 16 | | None | | | | | | | See Part VIII |
| 101. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold | 01/06/12 | J | | |
| 102. - Int in MECM Investments LLC (closely held) (x) | | | | | Distributed | 01/09/12 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Trust # 17 | | None | | | | | | | See Part VIII |
| 104. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold | 01/06/12 | J | | |
| 105. - Int in MECM Investments LLC (closely held) | | | | | Distributed | 01/09/12 | P1 | | |
| 106. Park St Capital V LP | G | Distribution | O | U | | | | | |
| 107. Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | P2 | T | | | | | |
| 108. Buenos Aires Residential Co II LLC | A | Distribution | | | | | | | See Part VIII |
| 109. Friends of Lime Rock III LP | | None | O | U | Buy (add'l) | 02/02/12 | J | | |
| 110. Highfields Capital II LP | G | Distribution | O | U | | | | | |
| 111. Park St Natural Resource Fund II Combined (Private Equity) | G | Distribution | O | U | Buy (add'l) | 03/22/12 | J | | |
| 112. | | | | | Buy (add'l) | 04/22/12 | J | | |
| 113. Park Street Capital VI (Private Equity Fd) | F | Distribution | O | U | Buy (add'l) | 03/29/12 | J | | |
| 114. | | | | | Buy (add'l) | 09/27/12 | J | | |
| 115. Patron Capital LP II (private equity) | D | Distribution | O | W | Buy (add'l) | 06/25/12 | K | | See Part VIII |
| 116. Orion Eruopean Real Estate Fd II, C.V., LP | | None | N | U | Buy (add'l) | 04/18/12 | L | | |
| 117. US Dublin LLC | | None | L | U | | | | | |
| 118. Europa Fund II US LP | D | Distribution | N | W | | | | | |
| 119. Weston Presidio V LP | F | Distribution | N | U | Buy (add'l) | 08/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/31/12 | K | | |
| 121. IL St Municipal Bds | D | Interest | | | Sold | 02/16/12 | N | B | |
| 122. NJ Dev Auth Municipal Bds | D | Interest | M | T | | | | | |
| 123. Trust # 18 | D | Distribution | P1 | T | | | | | |
| 124. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 08/17/12 | J | | |
| 125. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 126. | | | | | Sold (part) | 01/23/12 | K | | |
| 127. | | | | | Sold (part) | 04/10/12 | J | | |
| 128. | | | | | Sold (part) | 06/07/12 | J | | |
| 129. | | | | | Sold (part) | 09/06/12 | J | | |
| 130. | | | | | Sold (part) | 12/19/12 | J | | |
| 131. - Int in MECM Investments LLC (closely held) | | | | | Open | 01/09/12 | P1 | | See Part VIII |
| 132. Trust # 19 | D | Distribution | P1 | T | | | | | |
| 133. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 08/17/12 | J | | |
| 134. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 135. | | | | | Sold (part) | 01/23/12 | K | | |
| 136. | | | | | Sold (part) | 04/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/07/12 | J | | |
| 138. | | | | | Sold (part) | 09/06/12 | J | | |
| 139. | | | | | Sold (part) | 12/10/12 | J | | |
| 140. - Int in MECM Investments LLC (closely held) | | | | | Open | 01/09/12 | P1 | | See Part VIII |
| 141. Trust # 20 | D | Distribution | P1 | T | | | | | |
| 142. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 08/17/12 | J | | |
| 143. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 144. | | | | | Sold (part) | 01/10/12 | J | | |
| 145. | | | | | Sold (part) | 01/23/12 | K | | |
| 146. | | | | | Sold (part) | 04/10/12 | J | | |
| 147. | | | | | Sold (part) | 06/07/12 | J | | |
| 148. | | | | | Sold (part) | 09/06/12 | J | | |
| 149. | | | | | Sold (part) | 12/19/12 | J | | |
| 150. - Int in MECM Investments LLC (closely held) | | | | | Open | 01/09/12 | P1 | | See Part VIII |
| 151. Trust # 21 | D | Distribution | P1 | T | | | | | |
| 152. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 08/17/12 | J | | |
| 153. | | | | | Buy (add'l) | 12/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 01/10/12 | J | | |
| 155. | | | | | Sold (part) | 01/23/12 | K | | |
| 156. | | | | | Sold (part) | 04/10/12 | J | | |
| 157. | | | | | Sold (part) | 06/07/12 | J | | |
| 158. | | | | | Sold (part) | 09/06/12 | J | | |
| 159. | | | | | Sold (part) | 12/19/12 | J | | |
| 160. - Int in MECM Investments LLC (closely held) | | | | | Open | 01/09/12 | P1 | | See Part VIII |
| 161. TA Investors L.P | | None | J | W | | | | | |
| 162. Wavemark Inc Ser A pfd stock | | None | N | T | | | | | |
| 163. Centerbridge Cap Ptnrs LPs (Priv. Eq) | G | Distribution | P1 | U | Buy (add'l) | 12/31/12 | M | | |
| 164. Lime Rock Partners IV LP (combined) (private equities) | E | Distribution | P1 | U | Buy (add'l) | 03/29/12 | K | | |
| 165. | | | | | Buy (add'l) | 07/10/12 | J | | |
| 166. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 167. | | | | | Buy (add'l) | 12/31/12 | K | | |
| 168. Park St Cap Priv Eq Fd VII A LP | E | Distribution | N | U | Buy (add'l) | 02/15/12 | J | | |
| 169. | | | | | Buy (add'l) | 05/02/12 | J | | |
| 170. | | | | | Buy (add'l) | 09/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 172. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 173. Park St Cap Natural Res Fd III LP combined (priv Eq) | G | Distribution | P1 | U | Buy (add'l) | 01/13/12 | K | | |
| 174. | | | | | Buy (add'l) | 06/22/12 | J | | |
| 175. | | | | | Buy (add'l) | 08/03/12 | J | | |
| 176. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 177. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 178. | | | | | Buy (add'l) | 12/17/12 | K | | |
| 179. Polaris Vent Part Entrep Fd V LP | G | Distribution | O | U | Buy (add'l) | 06/22/12 | K | | |
| 180. | | | | | Buy (add'l) | 11/27/12 | K | | |
| 181. Summit Ptrns Priv Eq Fd VII-A | | None | O | U | Buy (add'l) | 03/26/12 | L | | |
| 182. | | | | | Distributed (part) | 05/10/12 | K | | |
| 183. | | | | | Buy (add'l) | 05/31/12 | K | | |
| 184. TA X LP (Priv Eq) | G | Distribution | P1 | U | | | | | |
| 185. SPDR Gold Tr (formerly Streettracks Gold Trust) mutual fd | | None | P1 | T | | | | | |
| 186. Realty Assoc Fd V Corp (REIT) | | None | J | W | | | | | |
| 187. Maricopa Cty, AZ Municipal bds | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Minneapolis, MN Municipal bds | D | Interest | M | T | | | | | |
| 189. University Idaho Municipal bds | D | Interest | M | T | | | | | |
| 190. Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | P1 | T | Buy (add'l) | 01/03/12 | L | | |
| 191. | | | | | Buy (add'l) | 01/04/12 | K | | |
| 192. | | | | | Buy (add'l) | 01/12/12 | J | | |
| 193. | | | | | Buy (add'l) | 01/13/12 | K | | |
| 194. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 195. | | | | | Buy (add'l) | 01/18/12 | K | | |
| 196. | | | | | Buy (add'l) | 01/20/12 | J | | |
| 197. | | | | | Buy (add'l) | 01/23/12 | K | | |
| 198. | | | | | Buy (add'l) | 01/30/12 | O | | |
| 199. | | | | | Buy (add'l) | 01/31/12 | K | | |
| 200. | | | | | Buy (add'l) | 02/02/12 | K | | |
| 201. | | | | | Buy (add'l) | 02/06/12 | J | | |
| 202. | | | | | Buy (add'l) | 02/09/12 | J | | |
| 203. | | | | | Buy (add'l) | 02/17/12 | J | | |
| 204. | | | | | Buy (add'l) | 02/23/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 02/27/12 | K | | |
| 206. | | | | | Buy (add'l) | 03/01/12 | K | | |
| 207. | | | | | Buy (add'l) | 03/02/12 | K | | |
| 208. | | | | | Buy (add'l) | 03/05/12 | J | | |
| 209. | | | | | Buy (add'l) | 03/07/12 | L | | |
| 210. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 211. | | | | | Buy (add'l) | 03/21/12 | L | | |
| 212. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 213. | | | | | Buy (add'l) | 03/27/12 | L | | |
| 214. | | | | | Buy (add'l) | 03/28/12 | J | | |
| 215. | | | | | Buy (add'l) | 03/29/12 | J | | |
| 216. | | | | | Buy (add'l) | 03/30/12 | L | | |
| 217. | | | | | Buy (add'l) | 04/02/12 | L | | |
| 218. | | | | | Buy (add'l) | 04/03/12 | K | | |
| 219. | | | | | Buy (add'l) | 04/05/12 | L | | |
| 220. | | | | | Buy (add'l) | 04/11/12 | J | | |
| 221. | | | | | Buy (add'l) | 04/20/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 04/24/12 | K | | |
| 223. | | | | | Buy (add'l) | 04/27/12 | M | | |
| 224. | | | | | Buy (add'l) | 05/02/12 | K | | |
| 225. | | | | | Buy (add'l) | 05/03/12 | K | | |
| 226. | | | | | Buy (add'l) | 05/07/12 | K | | |
| 227. | | | | | Buy (add'l) | 05/08/12 | P1 | | |
| 228. | | | | | Buy (add'l) | 05/09/12 | M | | |
| 229. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 230. | | | | | Buy (add'l) | 05/24/12 | L | | |
| 231. | | | | | Buy (add'l) | 06/04/12 | J | | |
| 232. | | | | | Buy (add'l) | 06/05/12 | M | | |
| 233. | | | | | Buy (add'l) | 06/14/12 | J | | |
| 234. | | | | | Buy (add'l) | 06/18/12 | K | | |
| 235. | | | | | Buy (add'l) | 06/19/12 | N | | |
| 236. | | | | | Buy (add'l) | 06/20/12 | N | | |
| 237. | | | | | Buy (add'l) | 06/21/12 | L | | |
| 238. | | | | | Buy (add'l) | 06/22/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 06/25/12 | K | | |
| 240. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 241. | | | | | Buy (add'l) | 06/27/12 | L | | |
| 242. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 243. | | | | | Buy (add'l) | 06/29/12 | K | | |
| 244. | | | | | Buy (add'l) | 07/02/12 | K | | |
| 245. | | | | | Buy (add'l) | 07/03/12 | K | | |
| 246. | | | | | Buy (add'l) | 07/10/12 | M | | |
| 247. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 248. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 249. | | | | | Buy (add'l) | 07/19/12 | L | | |
| 250. | | | | | Buy (add'l) | 07/30/12 | J | | |
| 251. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 252. | | | | | Buy (add'l) | 08/02/12 | L | | |
| 253. | | | | | Buy (add'l) | 08/10/12 | L | | |
| 254. | | | | | Buy (add'l) | 08/16/12 | J | | |
| 255. | | | | | Buy (add'l) | 08/17/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 08/21/12 | K | | |
| 257. | | | | | Buy (add'l) | 08/22/12 | L | | |
| 258. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 259. | | | | | Buy (add'l) | 09/04/12 | K | | |
| 260. | | | | | Buy (add'l) | 09/05/12 | J | | |
| 261. | | | | | Buy (add'l) | 09/06/12 | K | | |
| 262. | | | | | Buy (add'l) | 09/12/12 | L | | |
| 263. | | | | | Buy (add'l) | 09/19/12 | K | | |
| 264. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 265. | | | | | Buy (add'l) | 09/21/12 | L | | |
| 266. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 267. | | | | | Buy (add'l) | 09/25/12 | K | | |
| 268. | | | | | Buy (add'l) | 09/26/12 | L | | |
| 269. | | | | | Buy (add'l) | 09/28/12 | L | | |
| 270. | | | | | Buy (add'l) | 10/01/12 | P1 | | |
| 271. | | | | | Buy (add'l) | 10/02/12 | J | | |
| 272. | | | | | Buy (add'l) | 10/03/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 274. | | | | | Buy (add'l) | 10/09/12 | J | | |
| 275. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 276. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 277. | | | | | Buy (add'l) | 10/12/12 | M | | |
| 278. | | | | | Buy (add'l) | 10/18/12 | L | | |
| 279. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 280. | | | | | Buy (add'l) | 10/23/12 | K | | |
| 281. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 282. | | | | | Buy (add'l) | 10/26/12 | J | | |
| 283. | | | | | Buy (add'l) | 10/31/12 | K | | |
| 284. | | | | | Buy (add'l) | 11/02/12 | K | | |
| 285. | | | | | Buy (add'l) | 11/05/12 | K | | |
| 286. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 287. | | | | | Buy (add'l) | 11/07/12 | L | | |
| 288. | | | | | Buy (add'l) | 11/09/12 | L | | |
| 289. | | | | | Buy (add'l) | 11/14/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 291. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 292. | | | | | Buy (add'l) | 11/27/12 | L | | |
| 293. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 294. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 295. | | | | | Buy (add'l) | 12/03/12 | L | | |
| 296. | | | | | Buy (add'l) | 12/04/12 | M | | |
| 297. | | | | | Buy (add'l) | 12/05/12 | K | | |
| 298. | | | | | Buy (add'l) | 12/13/12 | K | | |
| 299. | | | | | Buy (add'l) | 12/14/12 | M | | |
| 300. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 301. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 302. | | | | | Buy (add'l) | 12/20/12 | K | | |
| 303. | | | | | Buy (add'l) | 12/21/12 | N | | |
| 304. | | | | | Buy (add'l) | 12/24/12 | O | | |
| 305. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 306. | | | | | Buy (add'l) | 12/28/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 12/31/12 | M | | |
| 308. | | | | | Sold (part) | 01/03/12 | J | | |
| 309. | | | | | Sold (part) | 01/09/12 | L | | |
| 310. | | | | | Sold (part) | 01/10/12 | K | | |
| 311. | | | | | Sold (part) | 01/11/12 | J | | |
| 312. | | | | | Sold (part) | 01/12/12 | K | | |
| 313. | | | | | Sold (part) | 01/17/12 | K | | |
| 314. | | | | | Sold (part) | 01/23/12 | L | | |
| 315. | | | | | Sold (part) | 01/25/12 | N | | |
| 316. | | | | | Sold (part) | 02/01/12 | K | | |
| 317. | | | | | Sold (part) | 02/02/12 | J | | |
| 318. | | | | | Sold (part) | 02/03/12 | J | | |
| 319. | | | | | Sold (part) | 02/07/12 | J | | |
| 320. | | | | | Sold (part) | 02/08/12 | J | | |
| 321. | | | | | Sold (part) | 02/09/12 | J | | |
| 322. | | | | | Sold (part) | 02/10/12 | J | | |
| 323. | | | | | Sold (part) | 02/13/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 02/14/12 | K | | |
| 325. | | | | | Sold (part) | 02/15/12 | J | | |
| 326. | | | | | Sold (part) | 02/21/12 | K | | |
| 327. | | | | | Sold (part) | 02/22/12 | K | | |
| 328. | | | | | Sold (part) | 02/27/12 | M | | |
| 329. | | | | | Sold (part) | 02/28/12 | K | | |
| 330. | | | | | Sold (part) | 03/01/12 | K | | |
| 331. | | | | | Sold (part) | 03/02/12 | J | | |
| 332. | | | | | Sold (part) | 03/05/12 | J | | |
| 333. | | | | | Sold (part) | 03/06/12 | J | | |
| 334. | | | | | Sold (part) | 03/08/12 | K | | |
| 335. | | | | | Sold (part) | 03/09/12 | J | | |
| 336. | | | | | Sold (part) | 03/12/12 | J | | |
| 337. | | | | | Sold (part) | 03/15/12 | J | | |
| 338. | | | | | Sold (part) | 03/16/12 | J | | |
| 339. | | | | | Sold (part) | 03/19/12 | J | | |
| 340. | | | | | Sold (part) | 03/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 03/26/12 | L | | |
| 342. | | | | | Sold (part) | 03/28/12 | L | | |
| 343. | | | | | Sold (part) | 03/29/12 | L | | |
| 344. | | | | | Sold (part) | 04/02/12 | K | | |
| 345. | | | | | Sold (part) | 04/04/12 | J | | |
| 346. | | | | | Sold (part) | 04/09/12 | J | | |
| 347. | | | | | Sold (part) | 04/11/12 | P1 | | |
| 348. | | | | | Sold (part) | 04/16/12 | J | | |
| 349. | | | | | Sold (part) | 04/19/12 | M | | |
| 350. | | | | | Sold (part) | 04/26/12 | K | | |
| 351. | | | | | Sold (part) | 04/30/12 | J | | |
| 352. | | | | | Sold (part) | 05/01/12 | K | | |
| 353. | | | | | Sold (part) | 05/11/12 | J | | |
| 354. | | | | | Sold (part) | 05/15/12 | J | | |
| 355. | | | | | Sold (part) | 05/16/12 | J | | |
| 356. | | | | | Sold (part) | 05/17/12 | J | | |
| 357. | | | | | Sold (part) | 05/18/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 05/22/12 | J | | |
| 359. | | | | | Sold (part) | 05/25/12 | J | | |
| 360. | | | | | Sold (part) | 05/29/12 | J | | |
| 361. | | | | | Sold (part) | 05/30/12 | J | | |
| 362. | | | | | Sold (part) | 05/31/12 | K | | |
| 363. | | | | | Sold (part) | 06/01/12 | K | | |
| 364. | | | | | Sold (part) | 06/04/12 | N | | |
| 365. | | | | | Sold (part) | 06/05/12 | J | | |
| 366. | | | | | Sold (part) | 06/06/12 | J | | |
| 367. | | | | | Sold (part) | 06/07/12 | O | | |
| 368. | | | | | Sold (part) | 06/08/12 | K | | |
| 369. | | | | | Sold (part) | 06/11/12 | J | | |
| 370. | | | | | Sold (part) | 06/12/12 | J | | |
| 371. | | | | | Sold (part) | 06/13/12 | M | | |
| 372. | | | | | Sold (part) | 06/15/12 | J | | |
| 373. | | | | | Sold (part) | 06/19/12 | M | | |
| 374. | | | | | Sold (part) | 06/20/12 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 06/25/12 | K | | |
| 376. | | | | | Sold (part) | 06/26/12 | J | | |
| 377. | | | | | Sold (part) | 06/27/12 | K | | |
| 378. | | | | | Sold (part) | 06/28/12 | J | | |
| 379. | | | | | Sold (part) | 07/02/12 | K | | |
| 380. | | | | | Sold (part) | 07/03/12 | K | | |
| 381. | | | | | Sold (part) | 07/05/12 | L | | |
| 382. | | | | | Sold (part) | 07/06/12 | J | | |
| 383. | | | | | Sold (part) | 07/09/12 | K | | |
| 384. | | | | | Sold (part) | 07/10/12 | L | | |
| 385. | | | | | Sold (part) | 07/12/12 | K | | |
| 386. | | | | | Sold (part) | 07/13/12 | J | | |
| 387. | | | | | Sold (part) | 07/16/12 | J | | |
| 388. | | | | | Sold (part) | 07/23/12 | J | | |
| 389. | | | | | Sold (part) | 07/24/12 | J | | |
| 390. | | | | | Sold (part) | 07/27/12 | J | | |
| 391. | | | | | Sold (part) | 08/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 08/03/12 | J | | |
| 393. | | | | | Sold (part) | 08/09/12 | K | | |
| 394. | | | | | Sold (part) | 08/10/12 | J | | |
| 395. | | | | | Sold (part) | 08/14/12 | K | | |
| 396. | | | | | Sold (part) | 08/15/12 | M | | |
| 397. | | | | | Sold (part) | 08/21/12 | J | | |
| 398. | | | | | Sold (part) | 08/22/12 | K | | |
| 399. | | | | | Sold (part) | 08/23/12 | K | | |
| 400. | | | | | Sold (part) | 08/29/12 | K | | |
| 401. | | | | | Sold (part) | 09/04/12 | K | | |
| 402. | | | | | Sold (part) | 09/06/12 | J | | |
| 403. | | | | | Sold (part) | 09/10/12 | N | | |
| 404. | | | | | Sold (part) | 09/11/12 | P1 | | |
| 405. | | | | | Sold (part) | 09/12/12 | N | | |
| 406. | | | | | Sold (part) | 09/13/12 | M | | |
| 407. | | | | | Sold (part) | 09/14/12 | J | | |
| 408. | | | | | Sold (part) | 09/17/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 09/18/12 | J | | |
| 410. | | | | | Sold (part) | 09/27/12 | M | | |
| 411. | | | | | Sold (part) | 10/01/12 | K | | |
| 412. | | | | | Sold (part) | 10/02/12 | J | | |
| 413. | | | | | Sold (part) | 10/04/12 | L | | |
| 414. | | | | | Sold (part) | 10/05/12 | J | | |
| 415. | | | | | Sold (part) | 10/09/12 | J | | |
| 416. | | | | | Sold (part) | 10/10/12 | K | | |
| 417. | | | | | Sold (part) | 10/11/12 | J | | |
| 418. | | | | | Sold (part) | 10/12/12 | J | | |
| 419. | | | | | Sold (part) | 10/15/12 | P1 | | |
| 420. | | | | | Sold (part) | 10/16/12 | J | | |
| 421. | | | | | Sold (part) | 10/17/12 | J | | |
| 422. | | | | | Sold (part) | 10/19/12 | J | | |
| 423. | | | | | Sold (part) | 10/23/12 | J | | |
| 424. | | | | | Sold (part) | 10/24/12 | J | | |
| 425. | | | | | Sold (part) | 11/01/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Sold (part) | 11/02/12 | N | | |
| 427. | | | | | Sold (part) | 11/05/12 | J | | |
| 428. | | | | | Sold (part) | 11/06/12 | J | | |
| 429. | | | | | Sold (part) | 11/08/12 | J | | |
| 430. | | | | | Sold (part) | 11/13/12 | K | | |
| 431. | | | | | Sold (part) | 11/14/12 | J | | |
| 432. | | | | | Sold (part) | 11/15/12 | J | | |
| 433. | | | | | Sold (part) | 11/16/12 | J | | |
| 434. | | | | | Sold (part) | 11/26/12 | K | | |
| 435. | | | | | Sold (part) | 11/29/12 | J | | |
| 436. | | | | | Sold (part) | 12/03/12 | K | | |
| 437. | | | | | Sold (part) | 12/06/12 | M | | |
| 438. | | | | | Sold (part) | 12/11/12 | K | | |
| 439. | | | | | Sold (part) | 12/12/12 | M | | |
| 440. | | | | | Sold (part) | 12/17/12 | K | | |
| 441. | | | | | Sold (part) | 12/18/12 | J | | |
| 442. | | | | | Sold (part) | 12/27/12 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Local Motors Series A pfd closely held | | None | J | W | | | | | |
| 444. PIMCO Emerging Mkts Curr Inst Fd mutual fd-name chgd 8/16/11 | E | Dividend | | | Donated (part) | | | | |
| 445. | | | | | Sold | 12/21/12 | O | F | |
| 446. Van Eck Intl Invest Gold A mutual fd | F | Dividend | P1 | T | Buy (add'l) | 12/21/12 | L | | |
| 447. Hephaestion II LP priv eq | F | Distribution | P1 | U | Buy (add'l) | 12/26/12 | L | | |
| 448. Hephaestion Retail LP priv eq | E | Distribution | O | U | Buy (add'l) | 01/09/12 | L | | |
| 449. | | | | | Buy (add'l) | 07/05/12 | K | | |
| 450. Portland Global Real Est Sec Fd LP | | None | K | U | | | | | |
| 451. Blackstone Distressed Securities Fd LP | | None | J | U | | | | | |
| 452. Penta Asia Domestic Partners LP | F | Distribution | P1 | U | | | | | |
| 453. PSC Luxembourg Hldgs LLC | B | Distribution | K | U | | | | | |
| 454. Trust # 22 | G | Distribution | P2 | W | | | | | |
| 455. - Int in MECM Assoc II LLC closely held | | | | | | | | | |
| 456. - Hephaestion LP | | | | | Buy (add'l) | 06/29/12 | K | | |
| 457. | | | | | Buy (add'l) | 09/26/12 | K | | |
| 458. - Hephaestion Co-invest I LP | | | | | Buy (add'l) | 09/26/12 | J | | |
| 459. | | | | | Buy (add'l) | 12/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Porus Invt Hldg Co Ltd LP | | | | | | | | | |
| 461. - Xander Master Fund LLC | | | | | | | | | |
| 462. - Federated US Treas Cash reserve money mrkt mutual fd | | | | | Buy (add'l) | 01/10/12 | J | | |
| 463. | | | | | Buy (add'l) | 02/10/12 | L | | |
| 464. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 465. | | | | | Buy (add'l) | 06/19/12 | M | | |
| 466. | | | | | Buy (add'l) | 06/25/12 | M | | |
| 467. | | | | | Buy (add'l) | 07/12/12 | J | | |
| 468. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 469. | | | | | Sold (part) | 3/28/12 | J | | |
| 470. | | | | | Sold (part) | 06/19/12 | N | | |
| 471. | | | | | Sold (part) | 06/27/12 | J | | |
| 472. | | | | | Sold (part) | 06/29/12 | M | | |
| 473. | | | | | Sold (part) | 09/26/12 | J | | |
| 474. | | | | | Sold (part) | 12/26/12 | J | | |
| 475. Trust # 23 | C | Int./Div. | P1 | T | | | | | |
| 476. - SPDR Gold Tr mutual fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 08/17/12 | J | | |
| 478. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 479. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 480. | | | | | Sold (part) | 04/10/12 | J | | |
| 481. - Realty Associates Fd IV LLC | | | | | | | | | |
| 482. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 483. Trust # 24 | C | Int./Div. | P1 | T | | | | | |
| 484. - SPDR Gold Tr mutual fund | | | | | | | | | |
| 485. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 08/17/12 | J | | |
| 486. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 487. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 488. | | | | | Sold (part) | 04/10/12 | J | | |
| 489. - Realty Associates Fd IV LLC | | | | | | | | | |
| 490. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 491. Trust # 25 | C | Int./Div. | P1 | T | | | | | |
| 492. - SPDR Gold Tr mutual fund | | | | | | | | | |
| 493. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 08/17/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 495. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 496. | | | | | Sold (part) | 04/10/12 | J | | |
| 497. - Realty Associates Fd IV LLC | | | | | | | | | |
| 498. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 499. Trust # 26 | C | Int./Div. | P1 | T | | | | | |
| 500. - SPDR Gold Tr mutual fund | | | | | | | | | |
| 501. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 08/17/12 | J | | |
| 502. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 503. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 504. | | | | | Sold (part) | 04/10/12 | J | | |
| 505. - Realty Associates Fd IV LLC | | | | | | | | | |
| 506. - Int in MECM Investments LLC (closely held) (y) | | | | | | | | | See Part VIII |
| 507. Liveprocess Crop Ser A pfd stock | | None | J | T | | | | | |
| 508. Neurophage Pharmls Inc Series A cv pfd stock | | None | J | T | | | | | |
| 509. Wavemark Inc Ser B pfd stock | | None | M | T | | | | | |
| 510. Meridia Capital LP | | None | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 71

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Meta4 Group Ltd LP | | None | J | U | | | | | |
| 512. Elliott Associates, LP | | None | P2 | U | | | | | |
| 513. Hony Capital Fund 2008, LP | G | Distribution | P1 | U | Buy (add'l) | 03/29/12 | J | | |
| 514. | | | | | Buy (add'l) | 07/02/12 | K | | |
| 515. | | | | | Buy (add'l) | 09/21/12 | K | | |
| 516. | | | | | Buy (add'l) | 12/03/12 | K | | |
| 517. | | | | | Buy (add'l) | 12/17/12 | L | | |
| 518. Line Rock Partners V, LP combined | C | Distribution | P1 | U | Buy (add'l) | 03/08/12 | K | | |
| 519. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 520. | | | | | Buy (add'l) | 08/23/12 | J | | |
| 521. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 522. | | | | | Buy (add'l) | 11/02/12 | K | | |
| 523. Lone Star Fund VI (US), LP | G | Distribution | P1 | U | | | | | |
| 524. Lone Star Europe Holdings (US), LP | E | Distribution | N | U | | | | | |
| 525. Lone Star Real Estate Fund (US), LP | G | Distribution | O | U | | | | | |
| 526. Middle East North Africa Opportunities Fd, LP | | None | K | W | | | | | |
| 527. Portland Capital LLP | | None | | | Redeemed | 03/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. MA Health & Ed Municipal Bds | C | Interest | M | T | Matured (part) | 07/01/12 | L | | |
| 529. | | | | | Buy (add'l) | 05/22/12 | M | | |
| 530. MECM Associates LLC closely held | A | Dividend | P3 | W | | | | | See Part VIII |
| 531. - Abrams Capital Partners II LP | | None | P1 | U | | | | | |
| 532. - Baupost Value Partners LP II | | None | P2 | U | | | | | |
| 533. - Brookside Cap Partners Fd LP | | None | P1 | U | | | | | |
| 534. - Kensico Associates LP | | None | P2 | U | | | | | |
| 535. - Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | J | T | Sold (part) | 07/02/12 | P1 | | |
| 536. | | | | | Sold (part) | 12/31/12 | P1 | | |
| 537. - PAR Investment Partners LP (private equity) (x) | | None | P1 | U | Buy | 07/02/12 | P1 | | |
| 538. | | | | | Buy (add'l) | 12/31/12 | P1 | | |
| 539. Auburndale FL Municipal bds | E | Interest | N | T | | | | | |
| 540. Berkeley Cty SC Municipal bd | E | Interest | N | T | | | | | |
| 541. Birmingham AL Municipal Bds | D | Interest | | | Matured | 12/03/12 | M | | See Part VIII (called 0 grn |
| 542. Hawaii St Municipal Bds | D | Interest | N | T | Matured (part) | 01/16/12 | L | | See Part VIII (partl call) |
| 543. Chatham Cty GA Municipal Bds | C | Interest | M | T | | | | | |
| 544. MA St College Bds Municipal Bds | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Trust # 27 | D | Int./Div. | O | T | | | | | |
| 546. - Ishares MSCI Brazil Index Fd | | | | | | | | | |
| 547. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 548. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 01/23/12 | K | | |
| 549. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 550. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 551. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 552. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 553. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 554. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 555. | | | | | Sold (part) | 01/09/12 | J | | |
| 556. | | | | | Sold (part) | 02/27/12 | J | | |
| 557. | | | | | Sold (part) | 05/02/12 | J | | |
| 558. | | | | | Sold (part) | 06/27/12 | J | | |
| 559. | | | | | Sold (part) | 07/05/12 | J | | |
| 560. | | | | | Sold (part) | 09/17/12 | J | | |
| 561. | | | | | Sold (part) | 12/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **SARIS, PATTI B.**

Date of Report: 05/10/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Vanguard Dividend Appre, mutual fd | | | | | | | | | |
| 563. - Vanguard Emerging Markets, mutual fd | | | | | | | | | |
| 564. Trust # 28 | D | Int./Div. | P1 | T | | | | | |
| 565. - Ishares MSCI Brazil Index Fd | | | | | | | | | |
| 566. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 567. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 01/23/12 | K | | |
| 568. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 569. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 570. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 571. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 572. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 573. | | | | | Sold (part) | 02/27/12 | K | | |
| 574. | | | | | Sold (part) | 05/16/12 | J | | |
| 575. | | | | | Sold (part) | 05/24/12 | J | | |
| 576. | | | | | Sold (part) | 06/15/12 | J | | |
| 577. | | | | | Sold (part) | 10/18/12 | J | | |
| 578. - Vanguard Dividend Appre, mutual fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. - Vanguard Emerging Markets, mutual fd | | | | | | | | | |
| 580. Chilton Gobal Natural Res Partners LP | | None | | | Redeemed | 12/31/12 | P1 | | See Part VIII |
| 581. CX Partners Fd Limited (private eq) | C | Distribution | N | U | Buy (add'l) | 02/21/12 | K | | |
| 582. | | | | | Buy (add'l) | 07/03/12 | K | | |
| 583. | | | | | Buy (add'l) | 10/04/12 | L | | |
| 584. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 585. | | | | | Buy (add'l) | 11/20/12 | K | | |
| 586. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 587. Hephaestion III LP | D | Distribution | P1 | U | Buy (add'l) | 03/28/12 | L | | |
| 588. | | | | | Buy (add'l) | 06/27/12 | K | | |
| 589. Mondrian Intl Fixed Income Fd LP | | None | | | Redeemed | 10/01/12 | P1 | | See Part VIII |
| 590. Orion European Real Estate Fd III CV (priv eq) | E | Distribution | O | U | Buy (add'l) | 02/01/12 | L | | |
| 591. | | | | | Buy (add'l) | 06/04/12 | M | | |
| 592. RBC (Royal Bank of Canada), bank accounts | E | Interest | P1 | T | | | | | |
| 593. RBC Dominion Securities Inc | G | Interest | P2 | T | | | | | |
| 594. - Government of Canada Provincial Treasury Bills | | | | | Sold (part) | 12/31/12 | N | B | |
| 595. - Canada Housing Trust Mtge Bds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - HSBC Bank GIC | | | | | Matured | 08/07/12 | M | A | |
| 597. - National Bank of Canada GIC (annual due 8/6/14) | | | | | | | | | |
| 598. - Royal Bank of Canada GIC (annual due 8/6/13) | | | | | | | | | |
| 599. - Province of Ontario Notes | | | | | | | | | |
| 600. - Province of Quebec Notes | | | | | | | | | |
| 601. - Province of British Columbia Notes (semi-annual package) | | | | | Redeemed | 01/09/12 | N | D | |
| 602. - Hydro Quebec notes (int only package) | | | | | | | | | |
| 603. - Alberta Cap Fin Auth Bonds | | | | | | | | | |
| 604. - Financement Quebec Bonds | | | | | | | | | |
| 605. - AGF Turst GIC (annual due 2/18/2014) | | | | | | | | | |
| 606. - Homequity Bank GIC (annual due 2/17/15) | | | | | | | | | |
| 607. - Laurentian Bank GIC (annual due 2/17/2013) | | | | | | | | | |
| 608. - Farm Credit Canada Notes | | | | | | | | | |
| 609. - Ville de Montreal Bds | | | | | | | | | |
| 610. - Province of New Brunswick, Canada debentures | | | | | | | | | |
| 611. - Province of Alberta, Canada debentures | | | | | | | | | |
| 612. - RBMC GIC | | | | | Matured | 08/09/12 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - Pacific & Western GIC (annual due 2/28/2015) (x) | | | | | Buy | 02/28/12 | M | | |
| 614. - Resmor Trust Company GIC (annual due 3/2/2016) (x) | | | | | Buy | 02/28/12 | M | | |
| 615. - Equitable Trust GIC (annual due 8/9/2017) (x) | | | | | Buy | 08/09/12 | M | | |
| 616. - Natcan GIC (annual due 3/2/2016) (x) | | | | | Buy | 02/28/12 | M | | |
| 617. - Home Trust Company GIC (annual due 8/9/2017) (x) | | | | | Buy | 08/09/12 | M | | |
| 618. - Manulife Trust GIC (annual due 8/9/2017) (x) | | | | | Buy | 08/09/12 | M | | |
| 619. - Royal Trust Company GIC (annual due 8/13/2015) (x) | | | | | Buy | 08/13/12 | M | | |
| 620. - B2B Trust GIC (annual due 8/13/2015) (x) | | | | | Buy | 08/13/12 | M | | |
| 621. - RBC Mortgage Corp GIC (annual due 12/5/2016) (x) | | | | | Buy | 12/05/12 | M | | |
| 622. - Royal Trust Corp GIC (annual due 12/5/2016) (x) | | | | | Buy | 12/05/12 | M | | |
| 623. - ICICI Bank GIC (annual due 12/5/2017) (x) | | | | | Buy | 12/05/12 | M | | |
| 624. Gold boullion | | None | P2 | T | | | | | |
| 625. MECM Investments LLC (closely held) | G | Int./Div. | P3 | W | | | | | |
| 626. - Auburndale FL Municipal Bds | | | | | | | | | |
| 627. - Berkeley Cty SC Municipal Bds | | | | | | | | | |
| 628. - Easley SC Municipal Bds | | | | | | | | | |
| 629. - IL St Municipal Bds | | | | | Matured | 07/02/12 | M | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - Maine St Municipal Bds | | | | | | | | | |
| 631. - Reg Trans Dist CO Municipal Bds | | | | | Matured | 11/01/12 | M | | |
| 632. - Pimco Foreign Bd Fd mutual fd | | | | | Sold | 08/27/12 | N | G | |
| 633. - Ishares MSCI Brazil Index Fd mutual fd | | | | | | | | | |
| 634. - SPDR Gold Trust mutual fd | | | | | | | | | |
| 635. - Int in MECM Associates II LLC (closely held) | | | | | | | | | See Part VIII |
| 636. - Chatham Cty GA Municipal Bds | | | | | | | | | |
| 637. - MA St College Bldg Auth Municipal Bds | | | | | | | | | |
| 638. - NJ St Trans Municipal Bds | | | | | | | | | |
| 639. - Chilton Global Natural Res Prtners LP | | | | | Redeemed | 12/31/12 | P1 | | See Part VIII |
| 640. - PIMCO Emerging Mkts Curr Instl (mtl Fd)-name chgd 8/16/11 | | | | | Sold | 12/21/12 | M | D | |
| 641. - Gold Bullion | | | | | | | | | |
| 642. - Federated US Treas Cash Rsv money markt (mutual fd) | | | | | Buy (add'l) | 01/03/12 | J | | |
| 643. | | | | | Buy (add'l) | 01/04/12 | J | | |
| 644. | | | | | Buy (add'l) | 01/19/12 | L | | |
| 645. | | | | | Buy (add'l) | 01/23/12 | K | | |
| 646. | | | | | Buy (add'l) | 01/30/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 648. | | | | | Buy (add'l) | 02/09/12 | J | | |
| 649. | | | | | Buy (add'l) | 02/10/12 | J | | |
| 650. | | | | | Buy (add'l) | 02/13/12 | J | | |
| 651. | | | | | Buy (add'l) | 02/14/12 | K | | |
| 652. | | | | | Buy (add'l) | 02/15/12 | J | | |
| 653. | | | | | Buy (add'l) | 02/17/12 | K | | |
| 654. | | | | | Buy (add'l) | 02/22/12 | K | | |
| 655. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 656. | | | | | Buy (add'l) | 03/05/12 | J | | |
| 657. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 658. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 659. | | | | | Buy (add'l) | 03/14/12 | J | | |
| 660. | | | | | Buy (add'l) | 03/27/12 | J | | |
| 661. | | | | | Buy (add'l) | 04/03/12 | J | | |
| 662. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 663. | | | | | Buy (add'l) | 05/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

SARIS, PATTI B.

05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 05/03/12 | J | | |
| 665. | | | | | Buy (add'l) | 05/09/12 | J | | |
| 666. | | | | | Buy (add'l) | 05/10/12 | J | | |
| 667. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 668. | | | | | Buy (add'l) | 05/15/12 | K | | |
| 669. | | | | | Buy (add'l) | 05/17/12 | K | | |
| 670. | | | | | Buy (add'l) | 05/18/12 | J | | |
| 671. | | | | | Buy (add'l) | 05/24/12 | K | | |
| 672. | | | | | Buy (add'l) | 05/30/12 | K | | |
| 673. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 674. | | | | | Buy (add'l) | 06/04/12 | J | | |
| 675. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 676. | | | | | Buy (add'l) | 06/19/12 | K | | |
| 677. | | | | | Buy (add'l) | 06/25/12 | K | | |
| 678. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 679. | | | | | Buy (add'l) | 07/03/12 | J | | |
| 680. | | | | | Buy (add'l) | 07/20/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

SARIS, PATTI B.

05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 682. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 683. | | | | | Buy (add'l) | 08/08/12 | J | | |
| 684. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 685. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 686. | | | | | Buy (add'l) | 08/14/12 | L | | |
| 687. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 688. | | | | | Buy (add'l) | 08/17/12 | J | | |
| 689. | | | | | Buy (add'l) | 08/27/12 | J | | |
| 690. | | | | | Buy (add'l) | 08/28/12 | P1 | | |
| 691. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 692. | | | | | Buy (add'l) | 09/04/12 | K | | |
| 693. | | | | | Buy (add'l) | 09/05/12 | J | | |
| 694. | | | | | Buy (add'l) | 09/19/12 | M | | |
| 695. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 696. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 697. | | | | | Buy (add'l) | 10/02/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

SARIS, PATTI B.

05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 10/11/12 | L | | |
| 699. | | | | | Buy (add'l) | 10/26/12 | L | | |
| 700. | | | | | Buy (add'l) | 11/08/12 | K | | |
| 701. | | | | | Buy (add'l) | 11/09/12 | K | | |
| 702. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 703. | | | | | Buy (add'l) | 11/14/12 | K | | |
| 704. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 705. | | | | | Buy (add'l) | 11/28/12 | L | | |
| 706. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 707. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 708. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 709. | | | | | Buy (add'l) | 12/20/12 | K | | |
| 710. | | | | | Buy (add'l) | 12/21/12 | K | | |
| 711. | | | | | Buy (add'l) | 12/24/12 | M | | |
| 712. | | | | | Sold (part) | 01/10/12 | J | | |
| 713. | | | | | Sold (part) | 01/17/12 | L | | |
| 714. | | | | | Sold (part) | 01/18/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

SARIS, PATTI B.

05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold (part) | 01/20/12 | K | | |
| 716. | | | | | Sold (part) | 01/24/12 | J | | |
| 717. | | | | | Sold (part) | 01/25/12 | J | | |
| 718. | | | | | Sold (part) | 01/27/12 | K | | |
| 719. | | | | | Sold (part) | 02/28/12 | K | | |
| 720. | | | | | Sold (part) | 03/01/12 | J | | |
| 721. | | | | | Sold (part) | 03/02/12 | L | | |
| 722. | | | | | Sold (part) | 03/09/12 | J | | |
| 723. | | | | | Sold (part) | 03/21/12 | L | | |
| 724. | | | | | Sold (part) | 04/02/12 | M | | |
| 725. | | | | | Sold (part) | 04/10/12 | K | | |
| 726. | | | | | Sold (part) | 04/25/12 | J | | |
| 727. | | | | | Sold (part) | 05/01/12 | J | | |
| 728. | | | | | Sold (part) | 05/06/12 | K | | |
| 729. | | | | | Sold (part) | 05/21/12 | K | | |
| 730. | | | | | Sold (part) | 05/22/12 | L | | |
| 731. | | | | | Sold (part) | 05/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

SARIS, PATTI B.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 06/04/12 | K | | |
| 733. | | | | | Sold (part) | 06/22/12 | J | | |
| 734. | | | | | Sold (part) | 06/28/12 | O | | |
| 735. | | | | | Sold (part) | 06/29/12 | L | | |
| 736. | | | | | Sold (part) | 07/02/12 | K | | |
| 737. | | | | | Sold (part) | 07/10/12 | N | | |
| 738. | | | | | Sold (part) | 07/13/12 | J | | |
| 739. | | | | | Sold (part) | 07/25/12 | K | | |
| 740. | | | | | Sold (part) | 08/01/12 | M | | |
| 741. | | | | | Sold (part) | 08/06/12 | M | | |
| 742. | | | | | Sold (part) | 08/13/12 | K | | |
| 743. | | | | | Sold (part) | 08/17/12 | K | | |
| 744. | | | | | Sold (part) | 08/22/12 | K | | |
| 745. | | | | | Sold (part) | 08/30/12 | P1 | | |
| 746. | | | | | Sold (part) | 09/07/12 | J | | |
| 747. | | | | | Sold (part) | 09/10/12 | J | | |
| 748. | | | | | Sold (part) | 09/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

SARIS, PATTI B.

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 09/28/12 | J | | |
| 750. | | | | | Sold (part) | 10/05/12 | J | | |
| 751. | | | | | Sold (part) | 10/10/12 | J | | |
| 752. | | | | | Sold (part) | 10/17/12 | K | | |
| 753. | | | | | Sold (part) | 10/22/12 | J | | |
| 754. | | | | | Sold (part) | 10/31/12 | K | | |
| 755. | | | | | Sold (part) | 11/06/12 | K | | |
| 756. | | | | | Sold (part) | 11/07/12 | J | | |
| 757. | | | | | Sold (part) | 11/15/12 | J | | |
| 758. | | | | | Sold (part) | 11/21/12 | J | | |
| 759. | | | | | Sold (part) | 11/26/12 | J | | |
| 760. | | | | | Sold (part) | 12/10/12 | J | | |
| 761. | | | | | Sold (part) | 12/12/12 | K | | |
| 762. | | | | | Sold (part) | 12/17/12 | K | | |
| 763. | | | | | Sold (part) | 12/18/12 | K | | |
| 764. | | | | | Sold (part) | 12/26/12 | J | | |
| 765. | | | | | Sold (part) | 12/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - Vanguard Developed Mkts Index, mutual fd | | | | | | | | | |
| 767. - Vanguard Dividend Appre, mutual fd | | | | | | | | | |
| 768. - Vanguard Emerging Mkts, mutual fd | | | | | | | | | |
| 769. - Buckeye Partners LP, PTP | | | | | Buy (add'l) | 03/16/12 | K | | |
| 770. | | | | | Sold (part) | 01/07/12 | J | A | |
| 771. | | | | | Sold (part) | 02/14/12 | K | A | |
| 772. | | | | | Sold (part) | 02/16/12 | K | | |
| 773. | | | | | Sold (part) | 08/27/12 | J | | |
| 774. | | | | | Sold (part) | 11/07/12 | K | | |
| 775. - Access Midstream Partners LP, PTP (f/k/a Chesapeake Mid.) | | | | | Buy (add'l) | 02/28/12 | J | | See Part VIII |
| 776. | | | | | Buy (add'l) | 03/16/12 | K | | |
| 777. | | | | | Buy (add'l) | 12/13/12 | K | | |
| 778. - Copano Energy LLC, PTP | | | | | Buy (add'l) | 03/06/12 | J | | |
| 779. | | | | | Buy (add'l) | 03/16/12 | K | | |
| 780. | | | | | Sold (part) | 05/10/12 | J | | |
| 781. - DCP Midstream Partners LP, PTP | | | | | Buy (add'l) | 03/16/12 | K | | |
| 782. - El Paso Pipeline Partners LP, PTP | | | | | Buy (add'l) | 03/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

SARIS, PATTI B.

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 03/16/12 | L | | |
| 784. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 785. | | | | | Sold (part) | 05/21/12 | K | C | |
| 786. | | | | | Sold (part) | 06/06/12 | K | B | |
| 787.   - Enbridge Energy Partners LP, PTP | | | | | Buy (add'l) | 03/05/12 | J | | |
| 788. | | | | | Buy (add'l) | 03/16/12 | K | | |
| 789. | | | | | Sold (part) | 05/14/12 | K | B | |
| 790. | | | | | Sold (part) | 11/16/12 | J | A | |
| 791. | | | | | Sold (part) | 12/17/12 | K | A | |
| 792.   - Energy Transfer Partners LP, PTP | | | | | Buy (add'l) | 02/27/12 | J | | |
| 793. | | | | | Buy (add'l) | 03/16/12 | K | | |
| 794.   - Energy Transfer Equity LP, PTP | | | | | Buy (add'l) | 03/16/12 | K | | See Part VIII |
| 795. | | | | | Buy (add'l) | 06/05/12 | J | | |
| 796. | | | | | Buy (add'l) | 09/05/12 | J | | |
| 797. | | | | | Sold (part) | 03/07/12 | J | | |
| 798.   - Enterprise Prods Partners LP, PTP | | | | | Buy (add'l) | 01/05/12 | J | | |
| 799. | | | | | Buy (add'l) | 03/16/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 801. | | | | | Sold (part) | 01/24/12 | J | B | |
| 802. | | | | | Sold (part) | 03/02/12 | J | B | |
| 803. | | | | | Sold (part) | 08/09/12 | K | C | |
| 804.   - Holly Energy Partners LP, PTP | | | | | Sold (part) | 01/19/12 | J | C | |
| 805. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 806.   - Inergy LP, PTP (y) | | | | | | | | | See Part VIII |
| 807.   - Kinder Morgan Energy Partners LP, PTP | | | | | Buy (add'l) | 01/12/12 | K | | |
| 808. | | | | | Buy (add'l) | 01/24/12 | K | | |
| 809. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 810. | | | | | Buy (add'l) | 03/16/12 | L | | |
| 811. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 812.   - Kinder Morgan Inc | | | | | Sold (part) | 03/06/12 | J | A | |
| 813. | | | | | Buy (add'l) | 03/16/12 | K | | |
| 814. | | | | | Buy (add'l) | 05/30/12 | K | | |
| 815.   - Kinder Morgan Management LLC, PTP | | | | | Sold | 01/13/12 | L | E | |
| 816.   - Magellan Midstream Partners, PTP | | | | | Buy (add'l) | 03/16/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

| | SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 05/18/12 | K | | |
| 818. | | | | | Sold (part) | 01/19/12 | J | D | |
| 819. | | | | | Sold (part) | 03/05/12 | J | D | |
| 820. | | | | | Sold (part) | 08/29/12 | K | D | |
| 821. | | | | | Sold (part) | 12/19/12 | J | B | |
| 822. - Markwest Energy LP, PTP | | | | | Buy (add'l) | 01/19/12 | K | | |
| 823. | | | | | Buy (add'l) | 03/16/12 | K | | |
| 824. | | | | | Buy (add'l) | 05/09/12 | K | | |
| 825. | | | | | Buy (add'l) | 06/06/12 | J | | |
| 826. - Oneok Partners LP, PTP | | | | | Buy (add'l) | 02/28/12 | J | | |
| 827. | | | | | Buy (add'l) | 03/16/12 | L | | |
| 828. | | | | | Buy (add'l) | 05/11/12 | K | | |
| 829. | | | | | Sold (part) | 12/19/12 | K | D | |
| 830. - Plains All American Pipeline LP, PTP | | | | | Buy (add'l) | 01/17/12 | K | | |
| 831. | | | | | Buy (add'l) | 01/27/12 | J | | |
| 832. | | | | | Buy (add'l) | 02/18/12 | J | | |
| 833. | | | | | Buy (add'l) | 02/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 03/16/12 | L | | |
| 835. | | | | | Sold (part) | 06/05/12 | J | D | |
| 836. | | | | | Sold (part) | 12/19/12 | J | B | |
| 837. - Regency Energy Partners LP, PTP | | | | | Buy (add'l) | 03/16/12 | K | | |
| 838. | | | | | Buy (add'l) | 11/12/12 | J | | |
| 839. | | | | | Sold (part) | 05/09/12 | K | | |
| 840. - Spectra Energy Partners LP, PTP | | | | | Buy (add'l) | 03/16/12 | J | | |
| 841. | | | | | Sold (part) | 01/18/12 | J | | |
| 842. - Sunoco Logistics Partners LP, PTP | | | | | Sold (part) | 01/18/12 | J | C | |
| 843. | | | | | Sold (part) | 05/24/12 | K | D | |
| 844. | | | | | Buy (add'l) | 03/16/12 | K | | |
| 845. | | | | | Sold (part) | 09/14/12 | K | D | |
| 846. - Targa Resources Partners LP, PTP | | | | | Buy (add'l) | 01/18/12 | K | | |
| 847. | | | | | Buy (add'l) | 03/16/12 | K | | |
| 848. | | | | | Sold (part) | 04/11/12 | K | D | |
| 849. | | | | | Buy (add'l) | 11/15/12 | K | | |
| 850. - Weston Gas Partners LP, PTP | | | | | Buy (add'l) | 03/16/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy (add'l) | 06/19/12 | J | | |
| 852. | | | | | Sold (part) | 03/06/12 | J | C | |
| 853.  - Williams Partners PTP | | | | | Buy (add'l) | 02/23/12 | J | | |
| 854. | | | | | Buy (add'l) | 03/16/12 | L | | |
| 855. | | | | | Buy (add'l) | 04/04/12 | K | | |
| 856. | | | | | Buy (add'l) | 05/16/12 | K | | |
| 857. | | | | | Buy (add'l) | 08/08/12 | K | | |
| 858. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 859. | | | | | Buy (add'l) | 01/26/12 | J | | |
| 860. | | | | | Sold (part) | 12/10/12 | K | | |
| 861. | | | | | Sold (part) | 12/13/12 | J | A | |
| 862.  - Hawaii St bds, municipal bds | | | | | | | | | |
| 863.  - Loudoun Cty VA Bds, municipal bds | | | | | | | | | |
| 864.  - MA St Dev Fin Agy Bds, municipal bds | | | | | | | | | |
| 865.  - TX St Bds, municipal bds | | | | | | | | | |
| 866.  - WI St Trans Rev Bds, municipal bds | | | | | | | | | |
| 867.  - Charleston Cty SC municipal bds | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Date of Report

Page 55 of 71

SARIS, PATTI B.

05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - Energy Northwest WA Elec Rev municipal bds | | | | | | | | | |
| 869. - Farmington CT municipal bds | | | | | | | | | |
| 870. - Frederick Cty MD municipal bds | | | | | | | | | |
| 871. - Henrico Cty VA municipal bds | | | | | Matured | 05/01/12 | M | | |
| 872. - Mecklenburg Cty NC municipal bds | | | | | | | | | |
| 873. - Pima Cty AZ munidipal bds | | | | | Sold | 04/25/12 | N | D | |
| 874. - Suffolk Cty NY municipal bds | | | | | Sold | 02/17/12 | M | C | |
| 875. - MF Northern Funds mun money mkt (cash equiv) | | | | | | | | | See Part VIII |
| 876. - Vanguard Energy Fd-Adm (mutual fd) | | | | | Buy (add'l) | 03/21/12 | K | | |
| 877. | | | | | Sold (part) | 08/27/12 | N | | |
| 878. - Lone Star Real Estate Fd II (U.S.), LP (priv equity) | | | | | Buy (add'l) | 04/02/12 | M | | |
| 879. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 880. | | | | | Buy (add'l) | 08/22/12 | K | | |
| 881. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 882. | | | | | Buy (add'l) | 11/06/12 | K | | |
| 883. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 884. | | | | | Buy (add'l) | 12/10/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.   - Lone Star Fund VII (U.S.), LP (priv equity) | | | | | Buy (add'l) | 01/17/12 | L | | |
| 886. | | | | | Buy (add'l) | 03/02/12 | L | | |
| 887. | | | | | Buy (add'l) | 05/22/12 | L | | |
| 888. | | | | | Buy (add'l) | 06/29/12 | L | | |
| 889. | | | | | Buy (add'l) | 07/10/12 | N | | |
| 890. | | | | | Buy (add'l) | 07/25/12 | K | | |
| 891. | | | | | Buy (add'l) | 08/01/12 | M | | |
| 892. | | | | | Buy (add'l) | 08/06/12 | M | | |
| 893. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 894. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 895.   - PS Opportunities Onshore LP (priv equity) | | | | | | | | | |
| 896.   - Crestwood Midstream Partners LP (PTP) | | | | | Sold | 01/18/12 | J | | |
| 897.   - Oiltanking Partners LP (PTP) | | | | | Buy (add'l) | 03/16/12 | J | | |
| 898.   - Tesoro Logistics LP (PTP) | | | | | Sold (part) | 03/09/12 | J | B | |
| 899. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 900. | | | | | Buy (add'l) | 09/04/12 | J | | |
| 901. | | | | | Buy (add'l) | 10/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 57 of 71

Name of Person Reporting
SARIS, PATTI B.

Date of Report
05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. - MPLX LP (PTP) (x) | | | | | Buy | 10/31/12 | K | | |
| 903. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 904. - Southcross Energy Partners LP (PTP) (x) | | | | | Buy | 11/07/12 | J | | |
| 905. - Western Gas Equity Partners LP (PTP) (x) | | | | | Buy | 12/12/12 | K | | |
| 906. - EQT Midstream Partners, LP (PTP) (x) | | | | | Buy | 07/02/12 | K | | |
| 907. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 908. - Williams Cs Inc common (WMB) (x) | | | | | Buy | 12/13/12 | K | | |
| 909. - Chester Cnty, PA municipal bds (x) | | | | | Buy | 11/02/12 | M | | |
| 910. - Honolulu, HI City & County municipal bds (x) | | | | | Buy | 09/21/12 | N | | |
| 911. - Massachusetts St Transn Fd municiapal bds (x) | | | | | Buy | 07/09/12 | N | | |
| 912. | | | | | Sold | 08/16/12 | N | C | |
| 913. - Massachusetts St Wtr Pollutn Abate municipal bds (x) | | | | | Buy | 05/22/12 | M | | |
| 914. - North Reading MA municipal bds (x) | | | | | Buy | 05/23/12 | N | | |
| 915. | | | | | Sold | 09/15/12 | N | D | |
| 916. - Oregon St Dept Admin Svcs municipal bds (x) | | | | | Buy | 04/13/12 | N | | |
| 917. | | | | | Sold | 05/09/12 | N | D | |
| 918. - PA Econ Dev Fing Auth municipal bds (x) | | | | | Buy | 10/03/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐   NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.   - Pflugerville, TX municipal bds (x) | | | | | Buy | 05/09/12 | N | | |
| 920.   - WA Multnomah & Yamhill Cntys municipal bds (x) | | | | | Buy | 11/09/12 | M | | |
| 921.   - Falcon Edge Glocal, LP (private equity) (x) | | | | | Buy | 06/28/12 | O | | |
| 922. | | | | | Buy (add'l) | 08/30/12 | P1 | | |
| 923.   MECM Associates II LLC (closely held) | B | Int./Div. | P2 | W | | | | | |
| 924.   - Baupost Value Partners LP II | | | | | | | | | |
| 925.   - Elliott Associates LP | | | | | | | | | |
| 926.   - HighVista I LP | | | | | | | | | |
| 927.   - Penta Asia Long Short Fd Ltd LP | | | | | Redeemed (part) | 12/06/12 | O | F | |
| 928.   - X Investment Holdings co Ltd LP | | | | | Buy (add'l) | 02/22/12 | M | | |
| 929.   - Federated US Teas Cash Rsv money market (mutual fd) | | | | | Buy (add'l) | 02/27/12 | J | | |
| 930. | | | | | Buy (add'l) | 03/02/12 | N | | |
| 931. | | | | | Buy (add'l) | 03/29/12 | L | | |
| 932. | | | | | Buy (add'l) | 04/30/12 | L | | |
| 933. | | | | | Buy (add'l) | 05/30/12 | K | | |
| 934. | | | | | Buy (add'l) | 06/18/12 | K | | |
| 935. | | | | | Buy (add'l) | 07/17/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 59 of 71

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/10/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 08/06/12 | K | | |
| 937. | | | | | Buy (add'l) | 09/05/12 | K | | |
| 938. | | | | | Buy (add'l) | 10/04/12 | K | | |
| 939. | | | | | Buy (add'l) | 11/17/12 | K | | |
| 940. | | | | | Buy (add'l) | 12/07/12 | K | | |
| 941. | | | | | Sold (part) | 06/19/12 | M | | |
| 942. | | | | | Sold (part) | 06/25/12 | M | | |
| 943. | | | | | Sold (part) | 09/26/12 | L | | |
| 944. | | | | | Sold (part) | 10/17/12 | J | | |
| 945. | | | | | Sold (part) | 12/20/12 | J | | |
| 946. - Vanguard Dividend Appre (mutual fd) | | | | | Sold (part) | 01/20/12 | J | A | |
| 947. | | | | | Sold (part) | 02/24/12 | M | D | |
| 948. Ishares MSCI Brazil Index Fd (mutual fd) | B | Dividend | L | T | | | | | |
| 949. First Republic Bank, Bank account | A | Interest | L | T | | | | | |
| 950. Perry Partners, LP (private equity) | C | Dividend | K | U | | | | | |
| 951. Local Motors Inc Ser B pfd, closely held stock | | None | M | T | | | | | |
| 952. Local Motors Inc Ser C pfd, closely held stock | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. Adorme Inc-seed pfd (fka WebcamGen Inc Ser A pfd) clsly held | | None | K | T | | | | | |
| 954. Northeast Bancorp (Ticker: NBN - NASDAQ) | D | Dividend | M | T | | | | | |
| 955. Highland Capital Partners VIII, LP | D | Distribution | M | U | Buy (add'l) | 02/27/12 | J | | |
| 956. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 957. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 958. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 959. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 960. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 961. Hawaii Cnty, HI bds, municipal bds | C | Interest | | | Sold | 03/16/12 | M | D | |
| 962. New Jersey St bds, municipal bds | D | Interest | N | T | | | | | |
| 963. TX St Bds, municipal bds | D | Interest | N | T | | | | | |
| 964. WI St Trans Rev Bds, municipal bds | D | Interest | N | T | | | | | |
| 965. Chaleston Cty SC municipal bds | D | Interest | N | T | | | | | |
| 966. Colorado Springs CO municipal bds | B | Interest | | | Matured | 11/15/12 | M | | |
| 967. Energy Northwest WA municipal bds | D | Interest | N | T | | | | | |
| 968. Farmington CT municipal bds | D | Interest | N | T | | | | | |
| 969. MA St Sch Bldg municipal bds | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. Medina Cty OH municipal bds | D | Interest | N | T | | | | | |
| 971. Oregon St municipal bds | D | Interest | N | T | Buy (add'l) | 04/13/12 | N | | |
| 972. | | | | | Sold (part) | 05/09/12 | N | D | |
| 973. Salt River Proj AZ municipal bds | A | Interest | M | T | Matured | 01/01/12 | M | | |
| 974. | | | | | Buy (add'l) | 01/04/12 | M | | |
| 975. Suffolk Cty NY municipal bds | B | Interest | | | Sold | 02/17/12 | N | D | |
| 976. Sutton, MA municipal bds | E | Interest | N | T | | | | | |
| 977. Vanguard Developed Mkts Index-Inv (mutual fd) | E | Dividend | O | T | | | | | |
| 978. Vanguard Dividend Appre (mutual fd) | F | Dividend | P1 | T | Open | 08/20/12 | N | | See Part VIII |
| 979. | | | | | Donated | | | | |
| 980. Vanguard Energy Fd-Adm (mutual fd) | F | Dividend | P1 | T | Buy (add'l) | 03/21/12 | K | | |
| 981. Artemis Real Est Partnrs Fd I LP | G | Distribution | O | W | Buy (add'l) | 01/23/12 | J | | |
| 982. | | | | | Buy (add'l) | 05/18/12 | M | | |
| 983. | | | | | Buy (add'l) | 08/14/12 | M | | |
| 984. | | | | | Buy (add'l) | 09/13/12 | N | | |
| 985. Merchants Gate Onshore Fd LP (priv equity) | | None | P1 | U | | | | | |
| 986. Properitas Real Est Partners III LP (private equity) | G | Distribution | N | U | Buy (add'l) | 01/03/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 987. | | | | | Buy (add'l) | 01/23/12 | J | | |
| 988. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 989. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 990. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 991. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 992. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 993. | | | | | Buy (add'l) | 06/13/12 | J | | |
| 994. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 995. | | | | | Buy (add'l) | 07/23/12 | J | | |
| 996. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 997. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 998. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 999. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 1000. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 1001. Properitas Real Est Partners IIIA LP (private equity) | G | Distribution | N | U | Buy (add'l) | 01/03/12 | J | | |
| 1002. | | | | | Buy (add'l) | 01/23/12 | J | | |
| 1003. | | | | | Buy (add'l) | 02/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 1005. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 1006. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 1007. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 1008. | | | | | Buy (add'l) | 06/13/12 | J | | |
| 1009. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 1010. | | | | | Buy (add'l) | 07/23/12 | J | | |
| 1011. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 1012. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 1013. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 1014. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 1015. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 1016. Properitas Real Est Partners IIIB LP (private equity) | G | Distribution | N | U | Buy (add'l) | 01/03/12 | J | | |
| 1017. | | | | | Buy (add'l) | 01/23/12 | J | | |
| 1018. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 1019. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 1020. | | | | | Buy (add'l) | 03/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 1022. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 1023. | | | | | Buy (add'l) | 06/13/12 | J | | |
| 1024. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 1025. | | | | | Buy (add'l) | 07/23/12 | J | | |
| 1026. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 1027. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 1028. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 1029. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 1030. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 1031. PS Opportunities Onshore LP (priv equity) | | None | P1 | U | | | | | |
| 1032. Liveprocess Corp Ser B pfd | | None | J | W | | | | | |
| 1033. Local Motors Inc CV Note 4% due 12/31/99 | | None | L | W | | | | | |
| 1034. USHI Incorporated ord shs (closely held stock) (x) | | None | J | W | | | | | |
| 1035. UBS Bank USA deb account (cash equiv-IRA asset) | A | Interest | M | T | | | | | |
| 1036. Trust # 29 | | | | | | | | | |
| 1037. - Vanguard Dividend Appre (mutual fd) | E | Dividend | P1 | T | Buy (add'l) | 03/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SARIS, PATTI B.** | 05/10/2013 |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Buy (add'l) | 06/22/12 | J | | |
| 1039. | | | | | Buy (add'l) | 09/21/12 | J | | |
| 1040. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 1041. - PIMCO Emerging Mkts Curr Instl (mutual fd) | D | Dividend | | | Buy (add'l) | 01/31/12 | J | | |
| 1042. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 1043. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 1044. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 1045. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 1046. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 1047. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 1048. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 1049. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 1050. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 1051. | | | | | Sold | 12/21/12 | O | E | |
| 1052. - Plymouth Rock Co Inc OC Cl A com stock (closely held) | G | Dividend | P1 | T | | | | | |
| 1053. - Merchants Gate Onshore Fund LP (priv equity) (x) | | None | P1 | U | | | | | |
| 1054. - Federated US Treas Cash Rsv money mkt | A | Dividend | O | T | Buy (add'l) | 03/07/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055. | | | | | Buy (add'l) | 09/12/12 | K | | |
| 1056. | | | | | Buy (add'l) | 12/14/12 | L | | |
| 1057. | | | | | Buy (add'l) | 12/24/12 | O | | |
| 1058. | | | | | Sold (part) | 11/02/12 | M | | |
| 1059. | | | | | Sold (part) | 12/27/12 | O | | |
| 1060. | | | | | Sold (part) | 12/28/12 | J | | |
| 1061. | | | | | Sold (part) | 12/31/12 | O | | |
| 1062. - Hephaestion IV LP (private equity (x) | C | Distribution | M | U | Buy | 11/02/12 | M | | |
| 1063. - MECM Assoc LLC (closely held) (x) | | None | | | Open | 12/31/12 | P3 | | See Part VIII |
| 1064. - Aberdeen Emerging Mkts-inst, mutual fd (x) | | None | P1 | T | Buy | 12/26/12 | O | | |
| 1065. Trust # 30 | | | | | | | | | |
| 1066. - Vanguard Dividend Appre (mutual fd) | E | Dividend | O | T | Distributed (part) | 08/20/12 | N | | |
| 1067. - Ptolemy Finance LLC (private equity) | | None | P1 | U | | | | | |
| 1068. - Federated Govt Obli Fd-1 money market (cash equiv) | A | Dividend | | | Buy (add'l) | 03/27/12 | J | | |
| 1069. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 1070. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 1071. | | | | | Sold (part) | 08/21/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Sold | 11/02/12 | J | | |
| 1073. - Federated US Treas Cash Rsv money mkt cash equiv (x) | A | Dividend | K | T | Buy (add'l) | 11/02/12 | J | | |
| 1074. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 1075. Trust # 31 (x) | D | Int./Div. | P1 | W | | | | | See Part VIII |
| 1076. - iShares MSCI Brazil Index Fd (mutual fd) (x) | | | | | Open | 03/12/12 | M | | |
| 1077. - SPDR Gold Trust (mutual fd) (x) | | | | | Open | 03/19/12 | K | | |
| 1078. - Vanguard Dividend Appre (mutual fd) (x) | | | | | Open | 03/19/12 | M | | |
| 1079. - Vanguard Emerging Markets (mutual fd) (x) | | | | | Open | 03/19/12 | M | | |
| 1080. - Int in MECM Investments LLC (closely held) (x) | | | | | Open | 03/20/12 | N | | |
| 1081. - Federated US Treas Cash Rsv money mkt cash equiv (x) | | | | | Buy | 03/09/12 | M | | |
| 1082. | | | | | Buy (add'l) | 03/16/12 | M | | |
| 1083. | | | | | Buy (add'l) | 06/13/12 | J | | |
| 1084. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 1085. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 1086. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 1087. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 1088. | | | | | Buy (add'l) | 12/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 1090. | | | | | Sold (part) | 06/07/12 | J | | |
| 1091. | | | | | Sold (part) | 10/02/12 | J | | |
| 1092. Hephaestion IV LP (private equity) (x) | D | Distribution | N | U | Buy | 11/02/12 | N | | |
| 1093. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 1094. Learn Our History LLC (private equity) (x) | | None | L | U | Buy | 04/16/12 | L | | |
| 1095. Patagonia Sur, LLC (private equity) (x) | | None | N | U | Buy | 01/25/12 | N | | |
| 1096. Tekne Partners, LP (private equity) (x) | | None | P1 | U | Buy | 09/11/12 | P1 | | |
| 1097. Lime Rock Partners VI LP (private equitu) (x) | | None | N | U | Buy | 11/01/12 | M | | |
| 1098. | | | | | Buy (add'l) | 12/12/12 | M | | |
| 1099. Buenos Aires Residential Co I LLC (y) | A | Distribution | | | | | | | See Part VIII |
| 1100. Rutley Russia Property Fd Ltd (closely held) (y) | A | Distribution | | | | | | | See Part VIII |
| 1101. Collin Cnty, Tx municiapl bds (x) | B | Interest | | | Buy | 05/15/12 | M | | |
| 1102. | | | | | Sold | 10/15/12 | M | C | |
| 1103. North Reading, MA municipal bds (x) | B | Interest | | | Buy | 05/23/12 | N | | |
| 1104. | | | | | Sold | 09/15/12 | N | D | |
| 1105. Wichita KS municipal bds (x) | A | Interest | | | Buy | 10/24/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Sold | 12/17/12 | M | B | |
| 1107. MA St Fed Hwy municipal bds (x) | None | M | T | | Buy | 12/10/12 | M | | |
| 1108. Boston MA municipal bds (x) | None | N | T | | Buy | 11/02/12 | N | | |
| 1109. Honolulu, HI City & Cnty municipal Bd (x) | None | N | T | | Buy | 09/21/12 | N | | |
| 1110. Cherry Hill Twp NJ municipal bd (x) | None | M | T | | Buy | 10/24/12 | M | | |
| 1111. Metropolican St Louis, MO municipal fd (x) | None | M | T | | Buy | 10/24/12 | M | | |
| 1112. Nebraska Pub Pwer municipal bd (x) | None | M | T | | Buy | 10/17/12 | M | | |
| 1113. PA Exon Dev Auth municipal bds (x) | None | N | T | | Buy | 10/03/12 | N | | |
| 1114. WA Mutnomah & Yamhill Cntys municipal bds (x) | None | N | T | | Buy | 11/09/12 | N | | |
| 1115. Aberdeen Emerging Mkts-Inst (mututal fd) (x) | None | P1 | T | | Buy | 12/26/12 | P1 | | |
| 1116. Glidewell Ltd Ser A Pfd stock (x) | None | J | T | | Buy | 02/03/12 | J | | |
| 1117. Good Life Beverages Inc convertible note dtd 6/15/12 (x) | None | L | T | | Buy | 06/15/12 | L | | |
| 1118. Instinct Health Science Inc Ser seed pfd (x) | None | K | T | | Buy | 11/1/12 | K | | |
| 1119. Local Motors converticle Note & warrants (pfd stk agmt) (x) | None | K | T | | Buy | 02/13/12 | K | | |
| 1120. Neurophage Pharmls Inc Ser B-1 pfd (x) | None | J | T | | Buy | 02/28/12 | J | | |
| 1121. Ubiquiti Network, common stock (NASDAQ: UBNT) (x) | None | | | | Spinoff (from line 182) | 05/10/12 | J | | |
| 1122. | | | | | Sold | 06/15/12 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 70 of 71

Name of Person Reporting

SARIS, PATTI B

Date of Report

05/10/2013

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -

A.  Reference is made to Trust #3 and Trust #4 ▓▓▓▓▓▓▓▓  All asssets have been separately reported on the FDR and properly disclosed.


Part VII. Investments and Trusts -

A.  Items listed on calendar year 2011 Financial Disclosure Report (FDR) and excluded for calendar year 2012 do no meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

B.  2012 FDR, Part VII, notations -

In Column D(1) Type:  "Open" has been used when any financial accounts were opened.  "Open" has also been used as the "Type" for all in-kind security contributions or receipts.

In Column D(1) Type:  "Closed" has been used when a separate financial account was closed.

Items  9, 10, 11 & 13:  Column D(1) reports a partial redemption of interests in the respective assets.  Column D(4) correctly reflects no reportable gain for each item.

Item 60:  "Open" has been used to report the receipt of additional PIMCO Emerging Mkts Curr Instl mutual fd shares by Trust # 5.

Item 61:  "Open" has been used to report the receipt of Vanguard Dividend Appre mutual fd shares by Trust # 5.

Item 90:  US Wetheim LLC - Column D(1) reports a full withdrawal of interest on 12/31/12 resulting in no reportable gain.

Item 91:  MFB Northern municipal money market daily detail activity was not available at filing.  The asset value in column C(1) reflects the actual "gross value" as of 12/31/12.

Item 93:  Phoenix AZ Civic Impt Municipal Bond - "Matured" has been used to report the proceeds received from the called bond.  There was no reportable gain.

Items 94, 97, 100, & 103:  Trust #s 14, 15, 16, & 17 - In 2012 the referenced four trusts terminated and all assets were distributed to/added to Trust #s 18, 19, 20 & 21 (i.e., items 123, 132, 141 & 151).

Item 108:  Buenos Aires Residential Co II LLC - The LLC remitted an additional distribution in 2012 following the 3/24/2011 redemption of interest.  The asset correctly had no value on 12/31/12.

Item 115:  Patron Capital LP II (private equiy) - The 12/31/12 value and method  have been changed to reflect information provided by the partnership.

Items 131, 140, 150, & 160:  Int in MECM Investments LLC (closely held) - "Open" has been used to report the receipt on 01/09/12 of an additional interst in the LLC from terminated Trusts 14, 15, 16, & 17 referenced above in Items 94, 97, 100, & 103.

Item 506:  Int in MECM Investments LLC (closely held) - The asset was inadvertently omitted in prior year although 12/31 total Trust #26 values for all years have been reported correctly.

Item 530:  MECM Associates LLC closely held - The LLC being items 531 through 538 was contributed to Trust # 29 (item # 1036) as item # 1063.  The LLC's assets, values and activity will continue to be separately stated.

Item 541:  Birmingham AL Municipal Bds - "Matured" has been used to report the proceeds received from the called bonds.  There was no reportable gain.

Item 542:  Hawaii St Municipal Bds - "Matured (part)" has been used to report the proceeds received from a partial call.  There was no reportable gain.

Item 580:  Chilton Global Res Partners LP - Column D(1) reports a full withdrawal of interest on 12/31/12 resulting in no reportable gain.

Item 589:  Mondrian Intl Fixed Income Fd LP - Column D represents the final residual interest distribution held in reserve following the 1/31/11 partial redemption of interest.  There was no reportable gain.

Item 629:  IL St Municipal Bds - "Matured" has been used to report the proceeds received from the called bonds.  There was no reportable gain.

Item 635:  Int in MECM Associates II LLC (closely held) - See 2012 FDR items # 923 through 947 for assets, values and activity.

Item 639:  Chilton Global Res Partners LP - Column D(1) reports a full withdrawal of interest on 12/31/12 resulting in no reportable gain.

Item 775:  Access Midstream Partners LP PTP - In 2012 the publicly traded partnership Chesapeake Midstream Partners LP changed its name to Access Midstream Partners LP.

Item 794:  Energy Transfer Equity LP, PTP - The asset description has been updated to include 'Equity' and reflect the asset's proper long name (formerly listed on FDR as Energy Transfer LP, PTP).

Item 806:  Inergy LP, PTP - This asset should have been reported as fully sold on 2011 FDR item # 871.  This entry will be deleted on the 2013 FDR.

Item 875:  MFB Northern municipal money market daily detail activity was not available at filing.  The net asset value as of 12/31/12 held in MECM Investments LLC was unchanged from 12/31/11, therefore there are correctly no entries in Columns D.

Item 978:  Vanguard Dividend Appre (mutual fd) - "Open" has been used to report the receipt of Vanguard Dividend Appre mutual fd shares from Item # 1066 of Trust # 30.

Item 1063:  MECM Assoc LLC (closely held) - "Open" has been used to report the receipt of 100% interest in the LLC on 12/31/12.  The 12/31/12 value has properly been left blank to avoid duplication since all assets, values, and activity within the LLC have and will continue to be separately stated (see items 530 through 538).

Item 1075:  Trust # 31 - this is a new reportable trust.  "Open" has been used to report the receipt of the trust's assets (ref. items 1076 through 1080).

Item 1099:  Buenos Aires Residential Co I LLC - receipt of a final distribution held in reserve since the 7/21/2010 redemption of interest (ref.: 2010 FDR item # 171).  The asset correctly has no value on 12/31/12.

Item 1100:  Rutley Russia Prperty Fd Ltd - receipt of a distribution from a residual reserve since the 12/10/2008 redemption of interest (ref.: 2008 FDR item # 777).  The asset correctly has no value on 12/31/12.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PATTI B. SARIS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544